U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAR 2 0 2008

LORETTA G. WHYTE
Clerk

Case No: _00-00218-007_ F(3)

UNITED STATES OF AMERICA
                    Plaintiff

V.S.

_James Turner_
                    Defendant

# Motion to Request Modification of Sentence
## Pursuant to Title 18 U.S.C 3582 (c)(2)

NOW COMES the Defendant, _James Turner_, pro se, and respectfully moves this Honorable Court, pursuant to **18 U.S.C.A. sub-section 3582 (c)(2)** and sub-section **1B1.10** of the Sentencing Guidelines, to reduce defendants sentence based upon the amendment to **1B1.10** of the Sentencing Guidelines becomes effective November 1, 2007 and retroactive March 3, 2008 concerning crack cocaine.

In support thereof, Defendant states as follows:

1. On _6-20-01_, the Defendant was sentenced to a term of imprisonment of _162_ months, by this Honorable Court on the following counts _1 + 8_

2. Applying the applicable provisions of the guidelines as they existed on the date of the defendant's sentencing for _35_ grams or more of crack cocaine, based on

TENDERED FOR FILING

Page 1 for 18 U.S.C 3582 MOTION

MAR 20 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee ____
Process ____
X Dktd ____
X CtRmDep ____
Doc. No. ____

sub-section 2D1.1(c) of the Guidelines this gave the defendant a base level of __30__

3. On December 11, 2007, the Sentencing Commission publicly voted unanimously to make the crack cocaine amendment apply to prisoners sentenced before Nov. 1, 2007 for crack cocaine offences. The effective date of retroactivity is March 3, 2008. This would lower the defendants base level to __28__.

4. As established under sub-section 1B1.10 of the Sentencing Guidelines, this amendment is to applied retroactively. Therefore the defendant is entitled to be resentenced under the retroactively applied amendment.

5. After the appropriate adjustment are calculated, the Defendant's offences level for the purposes of resentencing is level __25__.

6. The Defendant's criminal history computation remains a Category __6__ as computed in the Presentence Report.

7. The suggested guideline range for an Offence Level __25__ with a Criminal History Category of __6__ is __110__ to __137__ months.

8. If this Honorable Court maintains it's position and imposes the same area of the new range, __110__ months would be the Defendants new sentence.

WHEREFORE, Based on the foregoing arguments and authorities, this Honorable Court is respectfully urged to reduce the Defendant's sentence and to enter a new Judgment in a Criminal Case reflecting said change in the Defendant's sentence, and any other and further relief which this Honorable Court deems just and fair.

Dated: 3-17-08

Respectfully submitted,

_James [signature]_

27107034

COMMITTED NAME: James Turner
REG. NO. & QTRS.: 27109-034 (UNIT H)
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072



Clerk's Office
United States District Court
500 Camp St.
New Orleans, LA 70130

**LEGAL MAIL**

70130+3302