# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Turner | ) | Case No: 00cr218-007 |
| | ) | USM No: |
| Date of Previous Judgment: 06/20/2001 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __162__ months **is reduced to** __137 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 27 | | Amended Offense Level: 25 | |
| Criminal History Category: VI | | Criminal History Category: VI | |
| Previous Guideline Range: 130 to 162 months | | Amended Guideline Range: 110 to 137 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**

The amended sentence of 137 months applies to Count 1:
The defendant was also sentenced to serve 48 months in prison as to Count 8, which was to be served concurrently with the original 162 month sentence for his conviction on Count 1.

Except as provided above, all provisions of the judgment dated __06/20/2001__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 04/30/2008

*Martin C. Feldman* (signature)
Judge's signature

Effective Date: 05/12/2008
(if different from order date)

Martin L.C. Feldman, U.S. District Judge
Printed name and title